**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zachary Eggers,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kevin Curran, et al.,<br><br>　　　　Defendants. | No. CV-21-00803-PHX-SRB (ESW)<br><br>**ORDER** |

The Court has considered "Defendant's Motion to Extend Deadline for Dispositive Motions" (Doc. 34). Good cause appearing,

IT IS ORDERED granting Defendant's Motion to Extend Deadline for Dispositive Motions (Doc. 34).

IT IS FURTHER ORDERED extending the deadline for filing dispositive motions to **May 17, 2022**.

Dated this 18th day of March, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　United States Magistrate Judge