WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zachary Eggers, | No. CV-21-00803-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Kevin Curran, et al., | |
| Defendants. | |

The Court has considered "Defendant's Motion to Extend Deadline for Dispositive Motions" (Doc. 36). Good cause appearing,

IT IS ORDERED granting Defendant's Motion to Extend Deadline for Dispositive Motions (Doc. 36).

IT IS FURTHER ORDERED extending the deadline for filing dispositive motions to **June 3, 2022**.

Dated this 11th day of May, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge